**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:15-CR-118** |
| | ) | |
| MOHSIN RAZA et. al., | ) | **The Honorable Claude M. Hilton** |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Mohsin Raza appeals to the United States Court of Appeals for the Fourth Circuit the final judgment entered by this Court on April 29, 2016 (Dkt. 276) and all orders and judgments merged or subsumed therein, including without limitation the jury verdicts entered on February 3, 2016 and the orders of April 29, 2016 imposing sentence, denying Mr. Raza's motions for judgment of acquittal and for new trial, and denying his motion for release pending appeal.

Dated: May 2, 2016

Respectfully submitted,

*Thomas M. Buchanan*
Thomas M. Buchanan (Va. Bar #21530)
G. Derek Andreson (Pro hac vice)
Matthew M. Saxon (Pro hac vice)
WINSTON & STRAWN LLP
1700 K St., NW
Washington, DC 20006
Tel. (202) 282-5000
tbuchanan@winston.com

*Attorneys for Defendant Mohsin Raza*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2016, I caused the foregoing to be filed electronically using the court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.


Dated: May 2, 2016                                    Respectfully submitted,

                                                              *Thomas M. Buchanan*
                                                              Thomas M. Buchanan (Va. Bar #21530)
                                                              G. Derek Andreson (Pro hac vice)
                                                              Matthew M. Saxon (Pro hac vice)
                                                              WINSTON & STRAWN LLP
                                                              1700 K St., NW
                                                              Washington, DC 20006
                                                              Tel. (202) 282-5000
                                                              tbuchanan@winston.com

                                                              *Attorneys for Defendant Mohsin Raza*