IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No: 1:15cr118 |
| | ) |
| MOHSIN RAZA, *et al*, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF FORFEITURE

WHEREAS, Defendants Mohsin Raza, Humaira Iqbal, Farukh Iqbal and Mohammad Ali Haider were convicted of conspiracy to commit wire fraud affecting a financial institution, in violation of Title 18, United States Code, Section 1349, and wire fraud affecting a financial institution, in violation of Title 18, United States Code, Section 1343;

WHEREAS, the indictment contained a forfeiture notice advising the defendants that the United States would seek forfeiture of assets upon conviction of the wire fraud and conspiracy offenses;

AND WHEREAS, the defendants and the United States have agreed to resolve the forfeiture issues by entering into this agreed order;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The following property shall be forfeited to the United States pursuant to 18 U.S.C. § 982(a)(2)(A), as either property constituting or derived from proceeds the defendants obtained, directly or indirectly, from the offenses of conviction, or as substitute assets therefor, and as property in which Defendants Mohsin Raza and Humaira Iqbal have an interest:

    a. 4947 Chaste Tree Place, Woodbridge, Virginia;

    b. 14468 General Washington Drive, Woodbridge, Virginia;

    c. $40,000.00 United States Currency to be paid by Defendants Mohsin Raza and Humaira Iqbal within 30 days of this agreement. If not paid within 30 days, the following property shall also be forfeited: 4915 Chaste Tree Place, Woodbridge, Virginia.

2. The United States shall not seek forfeiture of additional property.

3. The Attorney General or a designee is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property, whether held by the defendant or a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, pursuant to Fed. R. Crim. P. 32.2(b)(3).

4. This Agreed Order of Forfeiture is final as to the defendants but preliminary as to third parties with an interest in specific property, pursuant to Fed. R. Crim. P. 32.2(b)(4).

5. The United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the property, and shall publish notice of the order in accordance with Fed. R. Crim. P. 32.2(b)(6).

6. Any person, other than the defendants, asserting any legal interest in the property may, within thirty (30) days of the final publication of notice or his receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest in the property, pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(1).

7. If no third party files a timely petition or if this Court denies and/or dismisses all third party petitions timely filed, this Agreed Order shall become the Final Order of Forfeiture, and the

United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2).

8. If this Court grants any third party rights, a final Order of Forfeiture that amends this Consent Order as necessary to account for said third party rights, shall be entered pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c)(2).

Date: _April 29, 2016_
Alexandria, Virginia

_/s/ Claude M. Hilton_
USDJ

WE ASK FOR THIS:

For the United States of America, plaintiff:

Dana J. Boente
United States Attorney

By: _/s/_
Jack Hanly
Karen Ledbetter Taylor
Assistant United States Attorneys

For defendants:

_/s/_
Mohsin Raza
Defendant

_/s/_
Thomas M. Buchanan, Esq.
Counsel for Defendant Mohsin Raza

_/s/_
Humaira Iqbal
Defendant

U.S. v. Mohsin Raza, 1:15-CR-118
Agreed Order of Forfeiture
Page 4 of 4

_____
John N. Nassikas, III, Esq.
Counsel for Defendant Humaira Iqbal

_____
Farukh Iqbal
Defendant

_____
Peter Hugh White, Esq.
Counsel for Defendant Farukh Iqbal

_____
Mohammad Ali Haider
Defendant

_____
Thomas Gerard Connolly, Esq.
Counsel for Defendant Mohammad Ali Haider